# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2317

_____

JOYCE WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

January 10, 2019

PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joyce Williams, pro se, Appellant.

Ashley Brooke Moody, Attorney General, and Virginia C. Harris, Assistant Attorney General, Tallahassee, for Appellee.